**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| YOUNGSOO S. LEE, | No. 12-56102 |
| Plaintiff - Appellant, | D.C. No. 2:11-cv-05136-R-AGR |
| v. | |
| BAC HOME LOANS SERVICING, LP; et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Central District of California
Manuel L. Real, District Judge, Presiding

Submitted June 25, 2014[**]

Before:    HAWKINS, TALLMAN, and NGUYEN, Circuit Judges.

Youngsoo S. Lee appeals pro se from the district court's order dismissing his

action arising from foreclosure proceedings.  We have jurisdiction under 28

U.S.C. § 1291.  We review for an abuse of discretion the denial of a motion brought

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

under Fed. R. Civ. P. 60(b). *Sch. Dist. No. 1J, Multnomah Cnty., Or. v. ACandS, Inc.*, 5 F.3d 1255, 1262 (9th Cir. 1993). We affirm.

The district court did not abuse its discretion by denying Lee's Fed. R. Civ. P. 60(b) motion predicated on newly discovered evidence because Lee failed to establish grounds for such relief. *See id.* at 1263 (setting forth grounds for reconsideration under Fed. R. Civ. P. 60(b)).

Lee's contentions regarding the Securities Act of 1933 are unpersuasive.

**AFFIRMED.**